FILED
CLERK, U.S. DISTRICT COURT

MAY 2 7 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
JASON SMITH
*Petitioner*

_____
CYNTHIA ROJAS
*Respondent(s)*

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
*IN FORMA PAUPERIS*

2:26CV 5804-AB-ACCV

I, ___JASON SMITH_____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☒ Yes   ☐ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. __Employed by CDCR at the Correctional Training Facility as a Porter and being paid about $5.50 per month.__

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☐ Yes  ☒ No

   b. Rent payments, interest or dividends?   ☐ Yes  ☒ No

   c. Pensions, annuities or life insurance payments?   ☐ Yes  ☒ No

   d. Gifts or inheritances?   ☒ Yes  ☐ No

   e. Any other sources?   ☐ Yes  ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: __about $100 to purchase canteen.__

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
   ☐ Yes  ☒ No

If the answer is yes, state the total value of the items owned:

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes   ☒ No

   If the answer is yes, describe the property and state its approximate value:

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support:   N/A

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on   05/18/26
_____
           *Date*                                         *Signature of Petitioner*

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution:

_____                    _____
           *Date*                                 *Authorized Officer of Institution/Title of Officer*

Case Number: _____

# CERTIFICATE OF FUNDS

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of

**JASON SMITH  AD8099**
_____

Correctional Training Facility,
P.O. Box 686, 5 Miles N of Soledad on US 101,
Soledad, California  93960    where (s)he is confined.
_____
(name of institution)

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were: $ __**$161.17**__ and the average balance in the prisoner's account each month for the most recent 6-month period was: __**$225.18**__

Dated ___**5/19/2026**___    ___**C. DAVIS**___
ACCOUNTANT I, (SPECIALIST)



COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST   5/19/26
CALIFORNIA DEPARTMENT OF CORRECTIONS
C. Davis, acct. I, Specialist

Date\Time: 5/19/2026 10:26:02 AM

Institution: CTF

## CDCR

Verified: _____

# Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed | |
|---|---|---|---|---|---|
| AD8099 | SMITH, JASON | CTF | C CW 2 | 223001 | |

**Current Available Balance:** $1.60

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 11/01/2025 | CTF | BEGINNING BALANCE | | | | $225.79 |
| 11/05/2025 | CTF | GROUP TRANSFER OUT | GOGI 11/25 | | ($65.00) | $160.79 |
| 11/07/2025 | CTF | I/M PAY - SUPPORT | OCT25 FAC C 74 MR | | $5.44 | $166.23 |
| 11/13/2025 | CTF | LEGAL COPY | LCOPY 11/13/25 | | ($2.60) | $163.63 |
| 11/14/2025 | CTF | JPAY | 0000000185364532 | | $200.00 | $363.63 |
| 11/20/2025 | CTF | LEGAL COPY | L COPY 11/20/2025 | | ($0.12) | $363.51 |
| 11/24/2025 | CTF | GROUP TRANSFER OUT | AA/AI-ANON 12/25 | | ($192.50) | $171.01 |
| 11/26/2025 | CTF | JPAY | 0000000185701779 | | $110.00 | $281.01 |
| 11/28/2025 | CTF | KIOSK REQUEST - GTL | | | ($5.00) | $276.01 |
| 12/01/2025 | CTF | FILING FEES DUE STATE | 5:25-CV-10190-SVK | | ($3.00) | $273.01 |
| 12/04/2025 | CTF | LEGAL COPY | LCOPY 12/4/25 | | ($1.00) | $272.01 |
| 12/04/2025 | CTF | LEGAL COPY | LCOPY 12/4/25 | | ($0.20) | $271.81 |
| 12/04/2025 | CTF | I/M PAY - SUPPORT | NOV25 FAC C PG28 SH | | $6.08 | $277.89 |
| 12/06/2025 | CTF | SALES | 92 | | ($143.60) | $134.29 |
| 12/08/2025 | CTF | LEGAL COPY | L COPY 12/8/2025 | | ($0.80) | $133.49 |
| 12/09/2025 | CTF | LEGAL COPY | L COPY 12/9/25 | | ($1.20) | $132.29 |
| 12/11/2025 | CTF | FILING FEES DUE STATE | CERT 12/11/2025 | | ($3.00) | $129.29 |
| 12/14/2025 | CTF | JPAY | 0000000186274878 | | $100.00 | $229.29 |
| 12/15/2025 | CTF | LEGAL MAIL | LMAIL 12/15/25 | | ($1.90) | $227.39 |
| 12/15/2025 | CTF | LEGAL COPY | L COPY 12/15/2025 | | ($0.60) | $226.79 |
| 12/15/2025 | CTF | LEGAL COPY | L COPY 12/15/2025 | | ($1.70) | $225.09 |
| 12/16/2025 | CTF | LEGAL COPY | L COPY 12/16/25 | | ($0.80) | $224.29 |
| 12/16/2025 | CTF | LEGAL COPY | L COPY 12/16/25 | | ($0.60) | $223.69 |
| 12/17/2025 | CTF | LEGAL COPY | L COPY 12/17/25 | | ($0.10) | $223.59 |
| 12/17/2025 | CTF | SALES | 61 | | ($62.10) | $161.49 |
| 12/19/2025 | CTF | LEGAL COPY | LCOPY 12/19/25 | | ($0.20) | $161.29 |
| 12/19/2025 | CTF | LEGAL COPY | LCOPY 12/19/25 | | ($0.20) | $161.09 |
| 12/22/2025 | CTF | GROUP TRANSFER IN | REFUND | | $27.50 | $188.59 |
| 12/23/2025 | CTF | LEGAL COPY | LCOPY 12/23/25 | | ($0.10) | $188.49 |
| 12/23/2025 | CTF | LEGAL MAIL | ENVELOPE 12/23/25 | | ($0.40) | $188.09 |
| 12/23/2025 | CTF | LEGAL COPY | LCOPY 12/23/25 | | ($1.00) | $187.09 |
| 12/23/2025 | CTF | REGULAR MAIL | RMAIL 12/23/25 | | ($0.74) | $186.35 |
| 01/08/2026 | CTF | I/M PAY - SUPPORT | DEC25 FC PG27 SH | | $6.40 | $192.75 |
| 01/11/2026 | CTF | SALES | 91 | | ($121.25) | $71.50 |

2

Date\Time: 5/19/2026 10:26:02 AM

Institution: CTF

CDCR    Verified: _____

## Inmate Statement Report

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 01/12/2026 | CTF | GROUP TRANSFER OUT | FBB 01/26 | | ($46.00) | $25.50 |
| 01/21/2026 | CTF | INMATE VOLUNTARY WITHDRAWAL | CDCR-ASB-RANCHO CU | 1467417 | ($0.12) | $25.38 |
| 01/21/2026 | CTF | LEGAL COPY | LCOPY 1/21/26 | | ($0.40) | $24.98 |
| 01/21/2026 | CTF | LEGAL COPY | LCOPY 1/21/26 | | ($1.00) | $23.98 |
| 01/22/2026 | CTF | LEGAL COPY | LCOPY 1/22/26 | | ($1.10) | $22.88 |
| 01/23/2026 | CTF | LEGAL COPY | L COPY 1/23/2026 | | ($0.70) | $22.18 |
| 02/02/2026 | CTF | GTL | 22649050047782 | | $190.00 | $212.18 |
| 02/05/2026 | CTF | KIOSK REQUEST - GTL | | | ($5.00) | $207.18 |
| 02/05/2026 | CTF | I/M PAY - SUPPORT | JAN26 FAC C 17 CD | | $5.76 | $212.94 |
| 02/12/2026 | CTF | LEGAL COPY | L COPY 2/12/2026 | | ($0.20) | $212.74 |
| 02/18/2026 | CTF | SALES | 26 | | ($121.60) | $91.14 |
| 02/24/2026 | CTF | LEGAL COPY | L COPY 2/24/2026 | | ($1.20) | $89.94 |
| 02/24/2026 | CTF | SALES | 88 | | ($50.25) | $39.69 |
| 02/25/2026 | CTF | GTL | 22659480085412 | | $100.00 | $139.69 |
| 03/01/2026 | CTF | FEDERAL FILING FEE | 5:25-CV-10190-SVK | 1467817 | ($59.15) | $80.54 |
| 03/05/2026 | CTF | I/M PAY - SUPPORT | FEB26 FAC C 16 CD | | $5.44 | $85.98 |
| 03/10/2026 | CTF | LEGAL COPY | L COPY 3/10/2026 | | ($0.20) | $85.78 |
| 03/13/2026 | CTF | JPAY | 0000000189035895 | | $100.00 | $185.78 |
| 03/17/2026 | CTF | SALES | 40 | | ($51.35) | $134.43 |
| 03/18/2026 | CTF | GROUP TRANSFER OUT | IAC 04/26 | | ($93.00) | $41.43 |
| 04/01/2026 | CTF | FEDERAL FILING FEE | 5:25-CV-10190-SVK | 1467941 | ($21.08) | $20.35 |
| 04/02/2026 | CTF | FILING FEES DUE STATE | 5:26-CV-02545-SVK | | ($3.00) | $17.35 |
| 04/03/2026 | CTF | FILING FEES DUE STATE | CERT 4/3/26 | | ($3.00) | $14.35 |
| 04/07/2026 | CTF | I/M PAY - SUPPORT | MAR26 FAC C 31 MR | | $6.40 | $20.75 |
| 04/10/2026 | CTF | LEGAL MAIL | LMAIL 4/10/26 | | ($2.17) | $18.58 |
| 04/16/2026 | CTF | LEGAL COPY | L COPY 4/16/2026 | | ($0.40) | $18.18 |
| 04/17/2026 | CTF | COPY CHARGES | COPIES 4/17/2026 | | ($0.12) | $18.06 |
| 04/18/2026 | CTF | JPAY | 0000000190088537 | | $100.00 | $118.06 |
| 04/20/2026 | CTF | SALES | 52 | | ($96.62) | $21.44 |
| 04/29/2026 | CTF | LEGAL COPY | L COPY 4/29/26 | | ($0.16) | $21.28 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| **No information was found for the given criteria.** | | |

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| FEDERAL FILING FEE | 5:25-CV-10190-SVK | $350.00 | ($80.23) | $258.49 |
| LEGAL COPY | L COPY 4/29/26 | $0.50 | ($0.16) | $0.34 |
| LEGAL COPY | L COPY 4/29/26 | $0.20 | $0.00 | $0.20 |

3

Date\Time: 5/19/2026 10:26:02 AM

Institution: CTF

CDCR                                        Verified: _____

## Inmate Statement Report

### Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| DIRECT ORDER | BA346302-01 | Fulfilled | $6,260.25 | $0.00 | $0.00 | $0.00 |



COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST    5/19/26
CALIFORNIA DEPARTMENT OF CORRECTIONS

C. Davis, acct. I, Specialist